1  HARVEY SISKIND LLP
   IAN K BOYD (SBN 191434)
2  iboyd@harveysiskind.com
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
   Telephone:  (415) 354-0100
4  Facsimile:  (415) 391-7124

5
   HITCHCOCK EVERT LLP
6  JOHN M. CONE (*pro hac vice pending*)
   jcone@hitchcockevert.com
7  750 N. St. Paul Street, Suite 1110
   Dallas, Texas  75201
8  Telephone:  (214) 808-7002
   Facsimile:  (214) 953-1121
9

10 Attorneys for Defendant
   Texas Best Smokehouse, Inc.
11

12

13                    IN THE UNITED STATES DISTRICT COURT

14                  FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16
   BLUE DIAMOND GROWERS, a California       Case No. 2:08-cv-01529-GEB-GGH
17 corporation,
                                            **DECLARATION OF ALI SHARAF IN**
18              Plaintiff,                   **SUPPORT OF MOTION TO DISMISS**
                                            **PURSUANT TO RULE 12(B)(2) FOR LACK**
19        v.                                **OF PERSONAL JURISDICTION OVER**
                                            **DEFENDANT TEXAS BEST**
20 TEXAS BEST SMOKEHOUSE, INC., a Texas     **SMOKEHOUSE, INC., OR IN THE**
   corporation,                             **ALTERNATIVE TO TRANSFER**
21                                          **PURSUANT TO 28 U.S.C. § 1404(A)**
22              Defendant.
                                            **Hearing Date:   December 1, 2008**
23                                          **Time:            9:00 a.m.**
                                            **Courtroom:      10**
24                                          **The Honorable Garland E. Burrell, Jr.**
25

26

27

28

SHARAF DECLARATION IN SUPPORT OF MOTION TO DISMISS        CASE NO. 2:08-cv-01529-GEB-GGH
OR, IN THE ALTERNATIVE, TO TRANSFER

ALI SHARAF declares as follows:

1.      My name is Ali Sharaf.  I am more than 21 years old and am competent to make this Declaration.  The facts set out herein are known to me of my own personal knowledge.

2.      I am President of Texas Best Smokehouse, Inc. ("TBS").

3.      Texas Best Smokehouse, Inc. ("TBS") is a Texas corporation established on December 18, 2006.  TBS has its principal place of business at 105 YMCA Drive, Waxahachie, Texas 75165.  TBS does not maintain a place of business anywhere other than 105 YMCA Drive in Waxahachie, Texas.  I am the President, Secretary and Treasurer of TBS and Mohamad Soueid is its Vice President.  I am the sole director of TBS.  Both Mr. Soueid and I reside and work in Texas.

4.      TBS has no employees in addition to its officers.

5.      TBS does not own or lease property in California.

6.      TBS does not have any employees or agents in California.

7.      TBS does not have a bank account in California.

8.      TBS has not sold or distributed any goods or services in California or, to the best of its knowledge, to a resident of California.

9.      TBS has not purchased any goods or services from California.

10.     TBS has not entered into any contracts with a resident of California.

11.     TBS itself has never sold, offered for sale, or advertised any goods under the name or mark TEXAS BEST SMOKEHOUSE.

12.     In about February or March 2006, I developed a plan for combined gas station/convenience store businesses to be operated in Texas.  The convenience stores would feature beef and other types of meat jerky, which is a very popular snack food in Texas.  In addition to the convenience store, the businesses would include restaurants which would feature beef and other types of meat barbecue.  After investigation, I could not find an acceptable source of jerky for the stores and so decided to include in the plan a smokehouse to produce various types of meat, jerky and supply jerky to the stores.

- 1 -

13.     TBS was established expressly to own the trade name and house brand to be used by the jerky smokehouse and the independent gas station/convenience stores selling jerky in Texas.

14.     The ownership and licensing of the trade name, trademark and service mark TEXAS BEST SMOKEHOUSE and the TEXAS BEST SMOKEHOUSE and Design Logo ("the TBS Name and Marks") is the sole business of TBS.

15.     TBS has licensed use of the TBS Name and Marks at three locations, all in Texas, namely in Italy, Burleson, and Tyler.  An independent entity not owned or controlled by TBS is licensed to use the TBS Name and Marks only at the specific locations in Texas for the gas station/convenience store services and for food products sold in the store.  A fourth location is planned for Midlothian, Texas.

16.     Neither TBS nor the Licensees operates an interactive web site at which residents of California can order TEXAS BEST SMOKEHOUSE goods and have them delivered to California. The goods at issue are only available for purchase at the Texas locations.

17.     The first location to start operation was in Italy, Texas where the initial licensee was Sham Oil Company, Inc.  Sham Oil Company, Inc. ceased to be the operator of the Italy location and a licensee of TBS on or about July 31, 2008.

18.     In addition, TBS has licensed use of the TBS Name and Marks to Alidrew L.P., a Texas limited partnership doing business in Italy, Texas.  Alidrew L.P. operates the meat smokehouse in Italy, Texas and sells various kinds of meat jerky produced in its premises under the TBS Trademark.  Alidrew L.P. is not owned or controlled by TBS.

19.     When I chose the name and mark TEXAS BEST SMOKEHOUSE, it was not to take advantage of the reputation, if any, in Blue Diamond Grower's ("BDG") trademark SMOKEHOUSE for nut products, for I was not aware of BDG at that time.  The name and mark included the descriptive word "smokehouse" because in Texas that word is historically associated with smoke cured meat and each of the gas station/convenience store licensees would offer barbecue meals and sell jerky produced in the smokehouse.  Indeed, the first licensed gas station/convenience store was built at the same time and adjacent to the jerky smokehouse.

SHARAF DECLARATION IN SUPPORT OF MOTION TO DISMISS          CASE NO. 2:08-cv-01529-GEB-GGH
OR, IN THE ALTERNATIVE, TO TRANSFER

1    20.    I was not aware of Blue Diamond Growers or its use and trademark registration of

2    SMOKEHOUSE for nuts when I selected TEXAS BEST SMOKEHOUSE.  The sale of nuts was not

3    expected to be and is not a major part of the business of the licensed convenience stores, which sell

4    more than 200 different food items under the TEXAS BEST SMOKEHOUSE mark, with goods as

5    diverse as beef and other jerky, sausages, mustards, honey, candy, sauces, marinades, pickles, nuts,

6    fruit cobblers and pies, wine and energy drinks plus over 300 different types of gift items, such as

7    coffee mugs, candles, hats, scarves, ornaments, blankets and clocks.  A comprehensive list of the

8    food products carried in the convenience stores and sold under the TEXAS BEST SMOKEHOUSE

9    and Design Mark is attached as Exhibit A.

10    21.    Many of the food products are packaged in sealed plastic bags that hang on the

11    conventional hooks found in many convenience stores today.  The photographs at Exhibit B

12    accurately depict the appearance of the products stacked on these hooks in the Italy store.  The bags

13    include the TEXAS BEST SMOKEHOUSE and Design Mark and the name of the product. Attached

14    as Exhibit C are photographs that accurately show the appearance of several of these bags.  The

15    photographs attached as Exhibit D show the appearance of BDG's packaging as currently shown on

16    its web site at www.bluediamond.com.  The bags in Exhibit C look nothing like the packaging for

17    BDG's SMOKEHOUSE ALMONDS in Exhibit D.    In addition, this packaging is used for products

18    sold in the convenience store in Texas which itself is clearly named and branded TEXAS BEST

19    SMOKEHOUSE.  The photograph attached as Exhibit E accurately shows the external appearance of

20    the Italy convenience store.   Customers in the store purchasing the products shown in Exhibit C will

21    understand they are buying "house brand" goods.

22    22.    The dominant characteristic of the TEXAS BEST SMOKEHOUSE and Design Mark

23    is Texas.  This dominant impression is created not only by the word TEXAS but by the device

24    portions of the mark, including the head of a longhorn steer and two Texas flags with the Lone Star

25    of Texas.  This was done to appeal to the customers of the gas stations/convenience stores in Texas

26    who by definition would either be Texas residents or visitors to Texas.  The word Texas and the

27    Design elements were chosen to emphasize the Texas connection and roots of the business.

28

SHARAF DECLARATION IN SUPPORT OF MOTION TO DISMISS       CASE NO. 2:08-cv-01529-GEB-GGH
OR, IN THE ALTERNATIVE, TO TRANSFER

23.     When TBS filed its U.S. trademark application for TEXAS BEST SMOKEHOUSE in April 2007, I was unaware of BDG's trademark registration of SMOKEHOUSE for nuts.

24.     When TBS authorized its licensee to use TEXAS BEST SMOKEHOUSE as the name for a gas station/convenience store in Italy, Texas and operation of the gas station/convenience store under that name started in February 2007, I was equally unaware of BDG's trademark registration of SMOKEHOUSE for nuts.

25.     When Sham Oil Company, Inc. started to sell various and sundry types of packaged food products in its convenience store in Italy, Texas in February 2007 and to use the TEXAS BEST SMOKEHOUSE and Design Logo on the packaging for those products, I was unaware of BDG's trademark registration of SMOKEHOUSE for nuts.

26.     TBS has not procured or distributed any of the products sold by Sham Oil Company, Inc. and the other licensees in the gas station/convenience stores.

27.     I first became aware of BDG's trademark registration of SMOKEHOUSE in December 2007 when BDG's attorney wrote a demand letter to TBS's attorney contending that TBS's use of TEXAS BEST SMOKEHOUSE constituted infringement of BDG's trademark registrations.

I declare under penalty of perjury, 28 U.S.C. § 1746, and the laws of the States of California and Texas, that the foregoing is true and correct, this 3rd day of November 2008.

Ali Sharaf

SHARAF DECLARATION IN SUPPORT OF MOTION TO DISMISS          CASE NO. 2:08-cv-01529-GED-GGH
OR, IN THE ALTERNATIVE, TO TRANSFER

EXHIBIT A

**List of Food Products Sold by Licensees under**
**TEXAS BEST SMOKEHOUSE and Design Mark**

| | |
|---|---|
| Candy | Marinades |
| Chocolate | Seasonings and Rubs |
| Trail Mix | Chutney |
| Nuts | Pickles |
| Relishes | Mustard |
| Salsas | Honey |
| Hot Sauces | Sausages |
| Pico de Gallo | Jerky |
| Fruit Cobblers and Pies | Cheese |
| Salad Dressings | Pickled Fruits and Vegetables |
| Fruit Preserves | Olives |
| Jellies | Pickled Eggs |
| Fruit Butters | Energy Drinks |
| Syrups | Wine |
| Spreads | |
| BBQ Sauce | |

# EXHIBIT B



# EXHIBIT C





# EXHIBIT D











# EXHIBIT E

