HANSON BRIDGETT LLP
SUSAN G. O'NEILL - 115133
soneill@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, Suite 2600
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

HANSON BRIDGETT LLP
CHRISTINA M. NUGENT - 199646
cnugent@hansonbridgett.com
980 Ninth Street, Suite 1500
Sacramento, CA  95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Plaintiff
BLUE DIAMOND GROWERS, a California Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUE DIAMOND GROWERS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS BEST SMOKEHOUSE, INC., a Texas corporation,<br><br>Defendant. | No. CV08-01529 GEB GGH<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; [PROPOSED] ORDER**<br><br>Complaint Filed:  July 2, 2008 |

**STIPULATION**

WHEREAS, the hearing on Defendant Texas Best Smokehouse, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is currently set for December 1, 2008, at 9:00 a.m.;

WHEREAS, this hearing date would cause issues for Plaintiff Blue Diamond Growers both with respect to the amount of time it will have to review Defendant's responses to certain written discovery relating to personal jurisdiction before the due

- 1 -

date of its opposition and because of the travel schedule of one of its declarants whose testimony will be submitted with its opposition;

  WHEREAS, Plaintiff asked Defendant to stipulate to a two-week continuance of the hearing date;

  WHEREAS, Plaintiff and Defendant have now agreed to this continuance.

  NOW, THEREFORE, the parties, through their undersigned counsel, hereby stipulate to, and respectfully ask the Court to enter as its order, the following:

**1** The hearing on Defendant Texas Best Smokehouse, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is continued to December 15, 2008, at 9:00 a.m.

**2** All due dates for the opposition and reply briefs relating to this Motion will be based on this new hearing date.

DATED: November 10, 2008  HANSON BRIDGETT LLP

By:  /S/
SUSAN G. O'NEILL
GARNER K. WENG
CHRISTINA M. NUGENT
Attorneys for Plaintiff
BLUE DIAMOND GROWERS, a California corporation

DATED: November 10, 2008  HARVEY SISKIND LLP

HITCHCOCK EVERT LLP

By:  /S/
IAN K. BOYD
Attorneys for Defendant
TEXAS BEST SMOKEHOUSE, INC., a Texas corporation

- 2 -
STIPULATION TO CONTINUE HEARING DATE OF MOTION;
[PROPOSED] ORDER (CV08-01529 GEB GGH)

1667643.1

**ORDER**

    IT IS SO ORDERED.

DATED: 11/13/08

_____
HONORABLE GARLAND E. BURRELL, JR.
U.S. DISTRICT JUDGE

- 3 -
STIPULATION TO CONTINUE HEARING DATE OF MOTION;
[PROPOSED] ORDER (CV08-01529 GEB GGH)

1667643.1