1  HANSON BRIDGETT LLP
   SUSAN G. O'NEILL - 115133
2  soneill@hansonbridgett.com
   GARNER K. WENG - 191462
3  gweng@hansonbridgett.com
   425 Market Street, Suite 2600
4  San Francisco, CA 94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  HANSON BRIDGETT LLP
   CHRISTINA M. NUGENT - 199646
7  cnugent@hansonbridgett.com
   980 Ninth Street, Suite 1500
8  Sacramento, CA 95814
   Telephone:   (916) 442-3333
9  Facsimile:   (916) 442-2348

10 Attorneys for Plaintiff
   BLUE DIAMOND GROWERS, a California Corporation
11

12            UNITED STATES DISTRICT COURT

13         FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 BLUE DIAMOND GROWERS, a            No. CV08-01529 GEB GGH
   California corporation,
16                                    REQUEST FOR JUDICIAL NOTICE IN
                                      SUPPORT OF OPPOSITION TO
17            Plaintiff,              DEFENDANT'S MOTION TO DISMISS
                                      PURSUANT TO RULE 12(B)(2) FOR
18       v.                           LACK OF PERSONAL JURISDICTION
                                      OVER DEFENDANT TEXAS BEST
19 TEXAS BEST SMOKEHOUSE, INC., a     SMOKEHOUSE, INC. OR, IN THE
   Texas corporation,                 ALTERNATIVE, TO TRANSFER
20                                    PURSUANT TO 28 U.S.C. § 1404(A)
            Defendant.
21                                    Hearing Date:    December 15, 2008
                                      Time:            9:00 a.m.
22                                    Courtroom:       10
                                      Judge:           The Honorable Garland
23                                                     E. Burrell, Jr.

24                                    Action Filed: July 2, 2008

25

26     Plaintiff Blue Diamond Growers hereby requests that this Court takes judicial

27 notice of the following documents and facts:

28
                                    - 1 -

1    A.    Document: Certificate for U.S. Trademark Registration No. 897,029. A true

2  and correct copy of this document is attached as Exhibit A. Judicial notice of this

3  document as a true and correct copy of the actual registration certificate is proper under

4  Rule 201 of the Federal Rules of Evidence, as this is a document issued by a

5  governmental authority and thus is capable of accurate and ready determination by

6  resort to sources whose accuracy cannot reasonably be questioned.

7    B.    Document: Certificate for U.S. Trademark Registration No. 1,296,610. A

8  true and correct copy of this document is attached as Exhibit B. Judicial notice of this

9  document as a true and correct copy of the actual registration certificate is proper under

10  Rule 201 of the Federal Rules of Evidence, as this is a document issued by a

11  governmental authority and thus is capable of accurate and ready determination by

12  resort to sources whose accuracy cannot reasonably be questioned.

13    C.    Document: Application for U.S. Trademark Registration No. 3,321,981

14  (Supplemental Register). A true and correct copy of this document is attached as Exhibit

15  C. Judicial notice of this document as a true and correct copy of the application is proper

16  under Rule 201 of the Federal Rules of Evidence, as this is a document received and

17  maintained by a governmental authority and thus is capable of accurate and ready

18  determination by resort to sources whose accuracy cannot reasonably be questioned.

19    D.    Document: U.S. Patent & Trademark Office website "TESS" printout

20  regarding Trademark Registration No. 3,321,981 (Supplemental Register). A true and

21  correct copy of this document is attached as Exhibit D. Judicial notice of this document

22  as showing accurate information regarding this registration is proper under Rule 201 of

23  the Federal Rules of Evidence, as this is a document is generated and maintained by a

24  governmental authority and thus is capable of accurate and ready determination by

25  resort to sources whose accuracy cannot reasonably be questioned.

26    E.    Document: U.S. Patent & Trademark Office website "TESS" printout

27  regarding Trademark Registration No. 3,321,980 (Supplemental Register). A true and

28  correct copy of this document is attached as Exhibit E. Judicial notice of this document

- 2 -

1  as showing accurate information regarding this registration is proper under Rule 201 of

2  the Federal Rules of Evidence, as this is a document is generated and maintained by a

3  governmental authority and thus is capable of accurate and ready determination by

4  resort to sources whose accuracy cannot reasonably be questioned.

5    F.    Fact: 75165 is the U.S. Postal Service zip code (or at least one zip code)

6  for Waxahachie, Texas. Judicial notice of this fact is proper under Rule 201 of the

7  Federal Rules of Evidence, as this is a fact is capable of accurate and ready

8  determination by resort to sources whose accuracy cannot reasonably be questioned.

9    G.    Fact: 76651 is the U.S. Postal Service zip code (or at least one zip code)

10  for Italy, Texas. Judicial notice of this fact is proper under Rule 201 of the Federal Rules

11  of Evidence, as this is a fact is capable of accurate and ready determination by resort to

12  sources whose accuracy cannot reasonably be questioned.

13    H.    Fact: 76028 is the U.S. Postal Service zip code (or at least one zip code)

14  for Burleson, Texas. Judicial notice of this fact is proper under Rule 201 of the Federal

15  Rules of Evidence, as this is a fact is capable of accurate and ready determination by

16  resort to sources whose accuracy cannot reasonably be questioned.

17    I.    Fact: 75708 is the U.S. Postal Service zip code (or at least one zip code)

18  for Tyler, Texas. Judicial notice of this fact is proper under Rule 201 of the Federal Rules

19  of Evidence, as this is a fact is capable of accurate and ready determination by resort to

20  sources whose accuracy cannot reasonably be questioned.

21    J.    Fact: 76095 is the U.S. Postal Service zip code (or at least one zip code)

22  for Midlothian, Texas. Judicial notice of this fact is proper under Rule 201 of the Federal

23  Rules of Evidence, as this is a fact is capable of accurate and ready determination by

24  resort to sources whose accuracy cannot reasonably be questioned.

25  ----

26  ----

27  ----

28

- 3 -

1 | DATED:  December 1, 2008                    HANSON BRIDGETT LLP

2

3                                          By:    /s/ Garner K. Weng

4                                              SUSAN G. O'NEILL
                                               GARNER K. WENG
5                                              CHRISTINA M. NUGENT
                                               Attorneys for Plaintiff
6                                              BLUE DIAMOND GROWERS, a California
                                               corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 4 -

# EXHIBIT A

# United States Patent Office

897,029

Registered Aug. 18, 1970

## PRINCIPAL REGISTER
### Trademark

Ser. No. 334,302, filed Aug. 4, 1969

# SMOKEHOUSE

California Almond Growers Exchange (California corporation)
P.O. Box 1768
Sacramento, Calif.  95808

For: SHELLED ALMONDS, in CLASS 46 (INT. CL. 29).

First use Oct. 1, 1958; in commerce Oct. 1, 1958.
Owner of Reg. No. 733,185.

D. E. FREED, Examiner

# EXHIBIT B

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,296,610
Registered Sep. 18, 1984

## TRADEMARK
**Principal Register**

## SMOKEHOUSE

California Almond Growers Exchange (California corporation)
P.O. Box 95808
Sacramento, Calif. 95808

For: ROASTED, SALTED AND FLAVORED EDIBLE NUTS, in CLASS 29 (U.S. Cl. 46).
First use Oct. 1, 1958; in commerce Oct. 1, 1958.
Owner of U.S. Reg. No. 897,029.

Ser. No. 442,587, filed Sep. 6, 1983.

ELLEN M. DEVINE, Examining Attorney

# EXHIBIT C

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77159704**
**Filing Date: 04/18/2007**

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77159704 |
| **MARK INFORMATION** | |
| *MARK | TEXAS BEST SMOKEHOUSE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TEXAS BEST SMOKEHOUSE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Texas Best Smokehouse, Inc. |
| *STREET | 105 YMCA Drive |
| *CITY | Waxahachie |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 75165 |
| PHONE | 972.234.1394 |
| FAX | 972.234.5171 |
| EMAIL ADDRESS | kanz@ont.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Texas |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 029 |
| DESCRIPTION | for meat and game, jerky, preserved and cooked fruits and vegetables, and jams and jellies |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/28/2007 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/28/2007 |
| SPECIMEN FILE NAME(S) | \TICRS2\EXPORT12\771\597 \77159704\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | digital image of labels applied to containers for the goods |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 030 |
| DESCRIPTION | for candies |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/28/2007 |

| FIRST USE IN COMMERCE DATE | At least as early as 02/28/2007 |
|---|---|
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\597 \77159704\xml1\APP0004.JP G |
| SPECIMEN DESCRIPTION | digital image of labels applied to containers for the goods |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 031 |
|---|---|
| DESCRIPTION | for nuts |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/28/2007 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/28/2007 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\597 \77159704\xml1\APP0005.JP G |
| SPECIMEN DESCRIPTION | digital image of labels applied to containers for the goods |

## ATTORNEY INFORMATION

| NAME | Jack A. Kanz |
|---|---|
| ATTORNEY DOCKET NUMBER | 8393.6/T |
| FIRM NAME | Jack A. Kanz |
| STREET | 502 So. Cottonwood Drive |
| CITY | Richardson |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 75080 |
| PHONE | 972.234.1394 |
| FAX | 972.234.5171 |
| EMAIL ADDRESS | kanz@ont.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| NAME | Jack A. Kanz |
|---|---|
| FIRM NAME | Jack A. Kanz |
| STREET | 502 So. Cottonwood Drive |
| CITY | Richardson |
| STATE | Texas |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 75080 |
| PHONE | 972.234.1394 |
| FAX | 972.234.5171 |
| EMAIL ADDRESS | kanz@ont.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 3 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 975 |

## SIGNATURE INFORMATION

| SIGNATURE | /jack a. kanz/ |
|---|---|

| SIGNATORY'S POSITION | Attorney |
|---|---|
| DATE SIGNED | 04/18/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Apr 18 15:34:39 EDT 2007 |
| TEAS STAMP | USPTO/BAS-76.185.112.164-20070418153439870690-7715 9704-370cb337ed12af66dbcb f1cec88d4806-CC-216-20070 418150957046817 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 04/30/2009)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77159704**
**Filing Date: 04/18/2007**

## To the Commissioner for Trademarks:

**MARK:** TEXAS BEST SMOKEHOUSE (Standard Characters, see mark)
The literal element of the mark consists of TEXAS BEST SMOKEHOUSE. The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Texas Best Smokehouse, Inc., a corporation of Texas, having an address of 105 YMCA Drive, Waxahachie, Texas, United States, 75165, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

   International Class 029:  for meat and game, jerky, preserved and cooked fruits and vegetables, and jams and jellies

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 029, the mark was first used at least as early as 02/28/2007, and first used in commerce at least as early as 02/28/2007, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digital image of labels applied to containers for the goods.
Specimen File1

   International Class 030:  for candies

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 030, the mark was first used at least as early as 02/28/2007, and first used in commerce at least as early as 02/28/2007, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digital image of labels applied to containers for the goods.
Specimen File1

   International Class 031:  for nuts

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 031, the mark was first used at least as early as 02/28/2007, and first used in commerce at least as early as 02/28/2007, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digital image of labels applied to containers for the goods.

The applicant hereby appoints Jack A. Kanz of Jack A. Kanz, 502 So. Cottonwood Drive, Richardson, Texas, United States, 75080 to submit this application on behalf of the applicant. The attorney docket/reference number is 8393.6T.

Correspondence Information: Jack A. Kanz

> 502 So. Cottonwood Drive
> Richardson, Texas 75080
> 972.234.1394(phone)
> 972.234.5171(fax)
> kanz@ont.com (authorized)

A fee payment in the amount of $975 will be submitted with the application, representing payment for 3 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /jack a. kanz/   Date Signed: 04/18/2007
Signatory's Name: Jack A. Kanz
Signatory's Position: Attorney

RAM Sale Number: 216
RAM Accounting Date: 04/19/2007

Serial Number: 77159704
Internet Transmission Date: Wed Apr 18 15:34:39 EDT 2007
TEAS Stamp: USPTO/BAS-76.185.112.164-200704181534398
70690-77159704-370cb337cd12af86dbcbf1cee
88d4806-CC-216-20070418150957046817

# TEXAS BEST SMOKEHOUSE



ITALY, TEXAS   972-483-3138



ITALY, TEXAS   972-483-3138



ITALY, TEXAS   972-483-3138

# EXHIBIT D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 29 04:16:11 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ] Please logout when you are done to release system resources allocated for you.

[ Start ] List At:    OR [ Jump ] to record:    **Record 1 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
***Browser to return to TESS)***

# TEXAS BEST SMOKEHOUSE

| | |
|---|---|
| **Word Mark** | TEXAS BEST SMOKEHOUSE |
| **Goods and Services** | IC 029. US 046. G & S: processed nuts, candied nuts, preserved and cooked fruits and vegetables, and jams and jellies. FIRST USE: 20070228. FIRST USE IN COMMERCE: 20070228 |
| | IC 030. US 046. G & S: candies. FIRST USE: 20070228. FIRST USE IN COMMERCE: 20070228 |
| | IC 031. US 001 046. G & S: unprocessed nuts and fresh nuts. FIRST USE: 20070228. FIRST USE IN COMMERCE: 20070228 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77159704 |
| **Filing Date** | April 18, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Supplemental Register Date** | August 14, 2007 |
| **Registration Number** | 3321981 |
| **Registration Date** | October 23, 2007 |
| **Owner** | (REGISTRANT) Texas Best Smokehouse, Inc. CORPORATION TEXAS 105 YMCA Drive |

|                        | Waxahachie TEXAS 75165 |
| ---------------------- | ---------------------- |
| **Attorney of Record** | Jack A. Kanz           |
| **Type of Mark**       | TRADEMARK              |
| **Register**           | SUPPLEMENTAL           |
| **Live/Dead Indicator**| LIVE                   |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT E



## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 29 04:16:11 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start** List At:          OR **Jump** to record:          **Record 3 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*
*Browser to return to TESS)*

# TEXAS BEST SMOKEHOUSE

| | |
|---|---|
| **Word Mark** | TEXAS BEST SMOKEHOUSE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: retail store services featuring general consumer merchandise. FIRST USE: 20070228. FIRST USE IN COMMERCE: 20070228 |
| | IC 043. US 100 101. G & S: restaurant and catering services. FIRST USE: 20070228. FIRST USE IN COMMERCE: 20070228 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77159481 |
| **Filing Date** | April 18, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Supplemental Register Date** | August 13, 2007 |
| **Registration Number** | 3321980 |
| **Registration Date** | October 23, 2007 |
| **Owner** | (REGISTRANT) Texas Best Smokehouse, Inc. CORPORATION TEXAS 105 YMCA Drive Waxahachie TEXAS 75165 |
| **Attorney of Record** | Jack A. Kanz |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SMOKEHOUSE" APART FROM THE MARK AS SHOWN |

**Type of Mark**       SERVICE MARK
**Register**           SUPPLEMENTAL
**Live/Dead Indicator**  LIVE

TESS HOME   NEW USER   STRUCTURED   FREE FORM   Browse Dict   SEARCH OG   Top   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY