| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K BOYD (SBN 191434) |
| 2 | iboyd@harveysiskind.com |
| | Four Embarcadero Center, 39th Floor |
| 3 | San Francisco, California 94111 |
| 4 | Telephone:  (415) 354-0100 |
| | Facsimile:  (415) 391-7124 |
| 5 | |
| | HITCHCOCK EVERT LLP |
| 6 | JOHN M. CONE (*pro hac vic*) |
| 7 | jcone@hitchcockevert.com |
| | 750 N. St. Paul Street, Suite 1110 |
| 8 | Dallas, Texas  75201 |
| | Telephone:  (214) 808-7002 |
| 9 | Facsimile:  (214) 953-1121 |
| 10 | |
| | Attorneys for Defendant |
| 11 | Texas Best Smokehouse, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLUE DIAMOND GROWERS, a California corporation, | | Case No. 2:08-cv-01529-GED-GGH |
| Plaintiff, | | **DECLARATION OF JACK KANZ IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION OVER DEFENDANT TEXAS BEST SMOKEHOUSE, INC. OR IN THE ALTERNATIVE TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |
| v. | | |
| TEXAS BEST SMOKEHOUSE, INC., a Texas corporation, | | |
| Defendant. | | |

JACK KANZ declares as follows:

1. My name is Jack Kanz. I am more than 21 years old and am competent to make this Declaration. The facts set out herein are known to me of my own personal knowledge.

2. I am an attorney licensed to practice law in the State of Texas.

3. On or about September 4, 2008, I wrote a letter on behalf of my client Texas Best Smokehouse, Inc. ("TBS") to Garner Weng, an attorney in California representing Blue Diamond Growers.

4. A true and correct copy of that letter is attached marked Exhibit A.

5. I sent Mr. Weng, with my letter, two price lists from companies that had supplied "Smokehouse Almonds" to the Licensees of my client. True and correct copies of the price lists I sent to Mr. Weng are attached marked Exhibits B and C respectively.

///

The price lists show that these suppliers each identified a particular variety of almonds they supplied to customers, including TBS's Licensees, as "Almonds, Smokehouse."

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Jack Kanz

DECLARATION OF JACK KANZ IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION OVER DEFENDANT TEXAS BEST SMOKEHOUSE, INC.

2

# Exhibit A

# JACK A. KANZ
**ATTORNEY AT LAW**

TEL 972.234.1394
FAX 972.234.5171
EMAIL KANZ@ONT.COM

September 4, 2008

**VIA EMAIL**

Garner Weng, Esq.
HANSON BRIDGETT
425 Market Street – 26th Floor
San Francisco, California 94105

                    Re:    TEXAS BEST SMOKEHOUSE
                              (Classes 29, 30 and 31)
                              Our File 8393.6/TS

Dear Mr. Weng:

       I apologize for my delay in responding further in this matter. As you may well appreciate, I found a large backlog of emergency matters on my return from Asia.

       As I advised you previously, all TEXAS BEST SMOKEHOUSE stores are operated by licensees of Texas Best. When investigating the charges contained in your letter of July 10, we found that a licensee had apparently purchased "Smokehouse Almonds" from two separate sources:

1. Heart of Texas Specialties (see http://texasnuts)
   A copy of their price list for 1-17-08 is attached.
   - See "Almonds Smokehouse" under the heading NUTS & SEEDS
     (we understand that this item is not listed in their current price lists)
2. Lehi Valley Trading Company (see http://lehivalley.home/php)
   A copy of a portion of their catalog is attached.
   - See "Almonds Smokehouse" under the heading "NUTS & SEEDS.

       As I previously informed you these items were purchased by the licensee without the knowledge or approval of Texas Best. That licensee has been terminated and all "Smokehouse Almonds" have been removed from the TEXAS BEST SMOKEHOUSE stores.

       In response to your question re the Texas Best trademark registrations, please refer to my letter of January 11, 2008 to Christine Hiler (copy attached). We find no reason to act on [ALTER] the position stated therein.

Garner Weng, Esq.
September 4, 2008
Page 2

                                                Very truly yours,

                                                Jack A. Kanz

JAK/daf
Enclosure
c:     Jerry McCarty, Esq. (w/o encl.)

Exhibit B

















# Lehi Valley Trading Company

*Specializing in Private Labeling the Finest Quality Nuts, Dried Fruit, Candies, and Trail Mix*

## Contents

| | |
|---|---|
| Sales & Shipping | Pages 1-2 |
| Packaging Options | Pages 2-3 |
| Display Options | Page 3-4 |
| Tubs - Packaged Product | Pages 5-26 |
| • Candy | Pages 5-12 |
| • Dried Fruit | Pages 12-15 |
| • Nuts & Seeds | Pages 15-21 |
| • Trail Mix & Misc | Pages 21-26 |
| Bags - Packaged Product | Pages 27-45 |
| • Candy | Pages 27-33 |
| • Dried Fruit | Pages 33-36 |
| • Nuts & Seeds | Pages 36-40 |
| • Trail Mix & Misc | Pages 40-45 |
| Bulk | Pages 46-52 |
| • Candy | Pages 46-47 |
| • Dried Fruit | Pages 47-48 |
| • Nuts & Seeds | Pages 48-50 |
| • Trail Mix & Misc | Pages 50-52 |
| PrePackaged Product | Pages 53-54 |

## Sales Policies

**Pricing:** Due to Fluctuations in the commodities market, prices quoted are subject to change without notice. <u>Please confirm prices at time of order.</u>

**Terms:** Terms are prepaid, unless credit has been established prior to order. When credit has been established, terms are Net 15 days. Payment is required on previous orders before additional orders ship. Accounts continually running over 30 days past due will be shipped COD.

**Credit:** To establish credit, send four business references that have common credit lines with the amount being requested.

**New Customers:** <u>First order must be prepaid or shipped COD.</u> Subsequent orders may be shipped according to terms, pending credit approval. Prior to establishing terms, please contact our accounts receivable department to arrange payment. Orders will be processed upon receipt of payment. Orders shipped COD will have a $9.00 COD charge added to the invoice.

## Shipping Policies

**Shipping Policy:** Orders will be shipped UPS or common carrier. Orders 200 pounds and over qualify for free shipping. All orders less than 200 pounds will be subject to the freight charges within the shipping table.

**Return Policy:** Any product you wish to return for credit must first be approved. Please notify us as to the reason as close to the day of receipt as possible. No credit will be issued after 15 days.

**Shipping Table**

| | |
|---|---|
| 0-9 lbs | $10 handling charge |
| 10-14 lbs | $.55 per pound |
| 15-24 lbs | $.45 per pound |
| 25-124 lbs | $.35 per pound |
| 125-149 lbs | $.25 per pound |
| 150-174 lbs | $.15 per pound |
| 175-199 lbs | $.05 per pound |
| 200+ | Free Shipping |

## Packaging Options Continued

### Reclosable Bags Continued

the consumer keep product fresh and avoid spills. In addition, flat reclosable bags present a large amount of product surface area to the consumer, which suggests value. Another benefit, is the hanging hole. *Reclosable flat bags work best with hanging displays.* There is a five cent up charge per unit for flat reclosable bags.

### Reclosable Tubs

Reclosable tubs are our latest packaging offer. Like all of our bagged packaging options, tubs offer superior clarity, presenting product in an attractive fashion. As their name suggests, the tubs are reclosable, helping the consumer keep product fresher longer. With six different sizes, tubs allow retailers the flexibility to hit target price points, while the uniform lid size allows tubs to be stacked. As such, *tubs work best with a shelved display.* In addition, their rectangular shape saves precious shelf space when compared with round tubs. Sealed with a tamper evident shrink band, tubs promote consumer confidence. Finally, the durable nature of tubs is more resilient to the harsh conditions subjected to product during shipping.

### Packaging Option Comparison

|  | Flat Bag | Gusset Bag | Reclosable Pouch Bag | Reclosable Flat Bag | Reclosable Tub |
|---|---|---|---|---|---|
| Clear | • | • | • | • | • |
| Hangable | • |  |  | • |  |
| Standable |  | • | • |  | • |
| Resilient to Handling |  |  | • | • | • |
| Reclosable |  |  | • | • | • |

## Displays

Not only do we have a great product, we also have a novel way to display it. Our basket and rustic metal displays fit almost anywhere and make a great addition to any store.

### Basket Displays

Basket displays can accommodate a wide variety of packaging types. However, they are particularly well suited for flat bags and flat hanging bags.

**K31**
12 Peck Baskets
34.5"H x 49.5"W x 9"D
$106.00

**K40**
9 Half Bushel Basket Rack
51"H x 46.75"W x 11"D
$102.00

**K44**
3 Half Bushel Basket Rack
51"H x 16"W x 15"D
$77.00

**M50**
12 Half Bushel Basket Tree
65"H x 32"W x 32"W
$138.00

**Addition 1/2 Bushel Baskets**
Plain or Red & Green Weave
$4.25

Orders under 200 lbs of packaged product will be responsible for the full cost of shipping display racks.

# Lehi Valley Trading Company

## Packaged Product - Bag Pricing

### Dried Fruit

#### Raisins

**Zante Currants**

| 23123 | 33123 | 43123 | 53123 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.11 | $1.67 | $2.23 | $2.78 |

#### Tomatoes

**Dried Tomato Halves**

| 23300 | 33300 | 43300 | 53300 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $2.11 | $3.66 | $5.22 | $6.77 |

### Nuts and Seeds

#### Almonds

**Almonds Bavarian**

| 21016 | 31016 | 41016 | 51016 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.70 | $2.85 | $4.00 | $5.15 |

**Almonds BBQ**

| 21009 | 31009 | 41009 | 51009 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.80 | $3.04 | $4.29 | $5.53 |

**Almonds Blanched Slivered**

| 21006 | 31006 | 41006 | 51006 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.73 | $2.90 | $4.07 | $5.25 |

**Almonds Blanched Whole**

| 21007 | 31007 | 41007 | 51007 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.73 | $2.90 | $4.07 | $5.25 |

**Almonds Chili Lime**

| 21012 | 31012 | 41012 | 51012 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.80 | $3.04 | $4.29 | $5.53 |

**Almonds Cinnamon Spiced**

| 21014 | 31014 | 41014 | 51014 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.88 | $3.20 | $4.53 | $5.85 |

**Almonds Garlic**

| 21011 | 31011 | 41011 | 51011 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.80 | $3.04 | $4.29 | $5.53 |

**Almonds Honey Roast**

| 21013 | 31013 | 41013 | 51013 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.76 | $2.97 | $4.18 | $5.39 |

**Almonds Hot N Spicy**

| 21010 | 31010 | 41010 | 51010 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.80 | $3.04 | $4.29 | $5.53 |

**Almonds R/S Whole**

| 21002 | 31002 | 41002 | 51002 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.78 | $3.01 | $4.23 | $5.46 |

### Nuts and Seeds

#### Almonds

**Almonds R/SF Whole**

| 21004 | 31004 | 41004 | 51004 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.78 | $3.01 | $4.23 | $5.46 |

**Almonds Raw Whole**

| 21000 | 31000 | 41000 | 51000 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.68 | $2.80 | $3.92 | $5.04 |

**Almonds Roasted Diced**

| 21008 | 31008 | 41008 | 51008 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.73 | $2.90 | $4.07 | $5.25 |

**Almonds Sliced Natural**

| 21005 | 31005 | 41005 | 51005 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.73 | $2.90 | $4.07 | $5.25 |

**Almonds Smokehouse**

| 21003 | 31003 | 41003 | 51003 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.76 | $2.97 | $4.18 | $5.39 |

#### Brazils

**Brazils R/S**

| 21026 | 31026 | 41026 | 51026 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.79 | $3.03 | $4.26 | $5.50 |

**Brazils R/SF**

| 51027 |
|---|
| 16 oz |
| $5.50 |

**Brazils Raw**

| 21025 | 31025 | 41025 | 51025 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.69 | $2.82 | $3.95 | $5.08 |

#### Cashews

**Cashew Pieces R/SF**

| 21046 | 31046 | 41046 | 51046 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.54 | $2.53 | $3.51 | $4.50 |

**Cashews Chili Lime**

| 21045 | 31045 | 41045 | 51045 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.81 | $3.06 | $4.32 | $5.57 |

**Cashews Fiery Sweet**

| 21047 | 31047 | 41047 | 51047 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.95 | $3.34 | $4.74 | $6.14 |

**Cashews Garlic**

| 21044 | 31044 | 41044 | 51044 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.81 | $3.06 | $4.32 | $5.57 |

**Cashews Honey Roast**

| 21042 | 31042 | 41042 | 51042 |
|---|---|---|---|
| 4 oz | 8 oz | 12 oz | 16 oz |
| $1.79 | $3.03 | $4.26 | $5.50 |

*Prices listed are per unit - 4 oz and 8 oz products have 24 unit case count - 12 oz and 16 oz products have a 12 unit case count*
*Add $.05 for resealable stand-up pouch or resealable flat-hanging bags  -  Add $.10 per unit for less than case quantities*

# Exhibit C

| | pkg wgt | case count | Case | Invoice |
|---|---|---|---|---|
| **BUTTER TOFFEE** | | | | |
| Butter Toffee Almonds | 8 | 12 | $27.04 | $2.25 |
| Butter Toffee Peanuts | 8 | 12 | $15.04 | $1.25 |
| RumToffee Peanuts | 8 | 12 | $15.84 | $1.32 |
| Butter Toffee cashews | 8 | 12 | $27.44 | $2.29 |
| Butter Toffee Mixed Nuts | 8 | 12 | $21.20 | $1.77 |
| **CHOCOLATE** | | | | |
| Choc Almonds | 8 | 12 | $28.64 | $2.39 |
| Choc malt Balls | 8 | 12 | $21.84 | $1.82 |
| Choc Peanut Clusters | 8 | 12 | $23.84 | $1.99 |
| Choc Peanuts | 8 | 12 | $20.64 | $1.72 |
| Choc Pretzel | 8 | 12 | $15.84 | $1.32 |
| Choc Raisins | 8 | 12 | $20.64 | $1.72 |
| Choc Swiss Bridge mix | 8 | 12 | $25.04 | $2.09 |
| Choc Coffee | 8 | 12 | $29.84 | $2.49 |
| **SF Chocolate** | | | | |
| Sf Choc Peanut | 8 | 12 | $31.84 | $2.65 |
| SF Choc Raisin | 8 | 12 | $32.64 | $2.72 |
| SF Choc Pecan | 8 | 12 | $49.04 | $4.09 |
| **GUMMI** | | | | |
| Apple O Gummi | 8 | 12 | $16.64 | $1.39 |
| Bright Crawlers | 8 | 12 | $15.04 | $1.25 |
| Gummi bears | 8 | 12 | $13.44 | $1.12 |
| Gummi Worms | 8 | 12 | $13.44 | $1.12 |
| Melon Patch Gummi | 8 | 12 | $16.64 | $1.39 |
| Peachies Gummi | 8 | 12 | $16.88 | $1.41 |
| Sour Patch Cherri | 8 | 12 | $20.64 | $1.72 |
| sour patch kids | 8 | 12 | $20.48 | $1.71 |
| Sour Patch Watermelon | 8 | 12 | $21.84 | $1.82 |
| Strawberry Cream Gummi | 8 | 12 | $16.64 | $1.39 |
| Swedish Fish Asst | 8 | 12 | $23.04 | $1.92 |
| Swedish Fish | 8 | 12 | $23.04 | $1.92 |
| **HARIBO** | | | | |
| Haribo Gummi Sours Cherries | 8 | 12 | $19.20 | $1.60 |
| Haribo Gummi Frogs | 8 | 12 | $19.84 | $1.65 |
| Haribo Rasberries | 8 | 12 | $19.04 | $1.59 |
| **LICORICE** | | | | |
| Kookaburra Licorice | 8 | 12 | $31.68 | $2.64 |
| Kookaburra Red Licorice | 8 | 12 | $31.68 | $2.64 |
| Licorice Sticks 5in | 8 | 12 | $18.24 | $1.52 |
| Licorice Sticks Red 5in | 8 | 12 | $18.24 | $1.52 |
| **MISCELLANEOUS CANDY** | | | | |
| Apple Sours | 8 | 12 | $14.64 | $1.22 |
| BigTex Hot & Spicy | 8 | 12 | $14.40 | $1.20 |
| Bit O Honey | 8 | 12 | $16.64 | $1.39 |
| Boston Baked Beans | 8 | 12 | $15.28 | $1.27 |
| Burnt Peanuts | 8 | 12 | $18.64 | $1.55 |
| Caramels | 8 | 12 | $17.04 | $1.42 |
| Cherry Slices | 8 | 12 | $10.16 | $0.85 |
| Cherry Sours | 8 | 12 | $14.64 | $1.22 |
| Cinnamon Apple Gum Balls | 8 | 12 | $17.84 | $1.49 |
| Fruit Runts | 8 | 12 | $14.24 | $1.19 |
| Grape Sours | 8 | 12 | $14.40 | $1.20 |
| Jaw Breakers | 8 | 12 | $14.40 | $1.20 |
| Jelly Beans Asst | 8 | 12 | $12.24 | $1.02 |
| Jordan Almonds | 8 | 12 | $22.64 | $1.89 |
| Jordan Almonds Asst | 8 | 12 | $22.64 | $1.89 |
| JuJu Bees | 8 | 12 | $17.12 | $1.43 |
| Jujyfruits | 8 | 12 | $12.88 | $1.07 |
| Mexican Hats | 8 | 12 | $13.44 | $1.12 |
| Orange Slices | 8 | 12 | $9.84 | $0.82 |
| Red Hots | 8 | 12 | $17.44 | $1.45 |
| Salt Water Taffy | 8 | 12 | $17.44 | $1.45 |
| Watermelon Gum Balls | 8 | 12 | $18.16 | $1.51 |
| Watermelon Sours | 8 | 12 | $14.40 | $1.20 |

**WRAPPED**

Hacienda Texas
8oz clear bag Price List 1-17-08

| Item | | | | |
|---|---|---|---|---|
| Cinnamon Balls | 8 | 12 | $15.92 | $1.33 |
| Fruit Barrels Asst | 8 | 12 | $11.84 | $0.99 |
| Fruit Disc Asst | 8 | 12 | $16.64 | $1.39 |
| Rootbeer Barrels | 8 | 12 | $12.24 | $1.02 |
| Sour Balls Asst | 8 | 12 | $11.84 | $0.99 |
| Starlight Mints | 8 | 12 | $11.84 | $0.99 |
| Starlight Mints Asst | 8 | 12 | $11.84 | $0.99 |
| **YOGURT** | | | | |
| Yogurt Almonds | 8 | 12 | $26.64 | $2.22 |
| Yogurt Peanuts | 8 | 12 | $17.04 | $1.42 |
| Yogurt Pretzels | 8 | 12 | $16.64 | $1.39 |
| Yogurt Raisins | 8 | 12 | $18.24 | $1.52 |
| **DRIED FRUIT** | | | | |
| Apple Rings | 8 | 12 | $16.64 | $1.39 |
| Apricots | 8 | 12 | $18.16 | $1.51 |
| Banana Chips | 8 | 12 | $11.76 | $0.98 |
| Coconut Toasted Sweetened | 8 | 12 | $13.04 | $1.09 |
| Cranberries | 8 | 12 | $23.04 | $1.92 |
| Golden raisins | 8 | 12 | $16.56 | $1.38 |
| Mango | 8 | 12 | $18.96 | $1.58 |
| chili mango | 8 | 12 | $19.84 | $1.65 |
| papaya Chunks | 8 | 12 | $14.16 | $1.18 |
| Papaya Diced | 8 | 12 | $14.16 | $1.18 |
| Peaches Fancy | 8 | 12 | $30.96 | $2.58 |
| Pears Fancy | 8 | 12 | $30.96 | $2.58 |
| Pineapple Diced | 8 | 12 | $14.16 | $1.18 |
| Pineapple Rings | 8 | 12 | $14.16 | $1.18 |
| Fruit Mix (Chunks) | 8 | 12 | $15.04 | $1.25 |
| **NUTS & SEEDS** | | | | |
| Almonds Honey | 8 | 12 | $30.64 | $2.55 |
| Almonds R/NS | 8 | 12 | $30.64 | $2.55 |
| Almonds R/S | 8 | 12 | $30.64 | $2.55 |
| Almonds Raw | 8 | 12 | $30.64 | $2.55 |
| Almonds Smokehuse | 8 | 12 | $33.36 | $2.78 |
| Almonds-Chili Lime | 8 | 12 | $30.64 | $2.55 |
| Almonds-Cinn Spice | 8 | 12 | $28.24 | $2.35 |
| Almonds-Spicy | 8 | 12 | $31.84 | $2.65 |
| Cashew Chili Lime | 8 | 12 | $26.64 | $2.22 |
| Cashew Honey | 8 | 12 | $29.04 | $2.42 |
| Cashew Hot N Spicy | 8 | 12 | $26.64 | $2.22 |
| Cashew Pcs R/S | 8 | 12 | $22.64 | $1.89 |
| Cashew Raw 320's | 8 | 12 | $27.84 | $2.32 |
| Cashew Raw Pieces | 8 | 12 | $22.64 | $1.89 |
| Cashew Whole 240 R/S | 8 | 12 | $28.64 | $2.39 |
| Cashew Whole 320 R/S | 8 | 12 | $27.04 | $2.25 |
| Filberts Raw | 8 | 12 | $34.64 | $2.89 |
| Mixed Nuts R/S Deluxe | 8 | 12 | $32.56 | $2.71 |
| Mixed Nuts w/Pnts | 8 | 12 | $21.52 | $1.79 |
| Peanuts Chili Lime | 8 | 12 | $11.04 | $0.92 |
| Peanuts Honey | 8 | 12 | $13.04 | $1.09 |
| Peanuts Hot & Spicy | 8 | 12 | $11.04 | $0.92 |
| Peanuts R/NS | 8 | 12 | $11.04 | $0.92 |
| Peanuts R/S | 8 | 12 | $11.04 | $0.92 |
| Peanuts Raw Blanched | 8 | 12 | $11.04 | $0.92 |
| Peanuts Redskin Raw | 8 | 12 | $9.84 | $0.82 |
| Peanuts Redskins R/S | 8 | 12 | $9.84 | $0.82 |
| Peanuts Spanish R/S | 8 | 12 | $9.84 | $0.82 |
| Peanuts Spanish Raw | 8 | 12 | $9.84 | $0.82 |
| Pecan Cinnamon Spice | 8 | 12 | $37.44 | $3.12 |
| Pecan Halves R/S | 8 | 12 | $34.64 | $2.89 |
| Pecan Halves Raw | 8 | 12 | $34.64 | $2.89 |
| Pecan Honey Rst | 8 | 12 | $35.04 | $2.92 |
| Pecan Pieces | 8 | 12 | $35.04 | $2.92 |
| Pecan Pralines | 8 | 12 | $34.64 | $2.89 |
| Pepitas Chili Lime | 8 | 12 | $16.64 | $1.39 |
| Pepitas Hot & Spicy | 8 | 12 | $16.64 | $1.39 |
| Pepitas R/NS | 8 | 12 | $15.84 | $1.32 |
| Pepitas R/S | 8 | 12 | $15.84 | $1.32 |
| Pepitas Raw | 8 | 12 | $15.84 | $1.32 |

| Item | | | | |
|---|---|---|---|---|
| Pistachio Garlic & Onion | 8 | 12 | $26.64 | $2.22 |
| Pistachio R/S Large | 8 | 12 | $25.44 | $2.12 |
| Pistachios Red | 8 | 12 | $25.44 | $2.12 |
| Sunfl Kernals R/S | 8 | 12 | $12.56 | $1.05 |
| Sunfl Kernals Raw | 8 | 12 | $10.96 | $0.91 |
| Sunfl. Kernals Hot & Spicy | 8 | 12 | $13.04 | $1.09 |
| Walnuts Halves & Pcs | 8 | 12 | $28.24 | $2.35 |
| Almonds Raw Slivered | 8 | 12 | $31.84 | $2.65 |
| Almonds-Garlic | 8 | 12 | $30.64 | $2.55 |
| Cashew Garlic | 8 | 12 | $27.44 | $2.29 |
| Blanched Almonds | 8 | 12 | $31.84 | $2.65 |
| Sliced Almonds | 8 | 12 | $31.04 | $2.59 |
| Wasabi Cashews | 8 | 12 | $26.64 | $2.22 |
| SC & O Cashews | 8 | 12 | $23.04 | $1.92 |
| Salt & Pepper cashew | 8 | 12 | $27.04 | $2.25 |
| Peanuts Hot Japanese | 8 | 12 | $13.44 | $1.12 |
| Noorimaki | 8 | 12 | $23.04 | $1.92 |
| Wasabi Sunflower Seeds | 8 | 12 | $15.04 | $1.25 |
| Peanuts Wasabi | 8 | 12 | $13.84 | $1.15 |
| Wasabi Soy Nuts | 8 | 12 | $15.04 | $1.25 |
| Wasabi Soy 3 bean mix | 8 | 12 | $15.04 | $1.25 |
| Pistachios Chili | 8 | 12 | $26.64 | $2.22 |
| Sunfl Seeds SIS | 8 | 12 | $8.64 | $0.72 |
| Sunfl. Kernals Chili Lime | 8 | 12 | $12.56 | $1.05 |
| Creamy White Pecans | 8 | 12 | $39.78 | $3.31 |
| Chocolate Pecans | 8 | 12 | $37.44 | $3.12 |
| Chocolate Amaretto Pecans | 8 | 12 | $38.38 | $3.20 |
| Chocolate Toffee Pecans | 8 | 12 | $38.38 | $3.20 |
| Butter Toffee Pecans | 8 | 12 | $41.64 | $3.47 |
| Orange Pecans | 8 | 12 | $43.98 | $3.66 |
| Pecan Brittle | 8 | 12 | $37.44 | $3.12 |
| TRAIL MIX & MISC | | | | |
| Chili Rice Crackers | 8 | 12 | $11.84 | $0.99 |
| Dried Peas | 8 | 12 | $10.24 | $0.85 |
| Rice Cracker Blend | 8 | 12 | $11.84 | $0.99 |
| Sesame Sticks | 8 | 12 | $12.24 | $1.02 |
| Sesame Sticks Garlic | 8 | 12 | $12.24 | $1.02 |
| Sesamem Sticks Honey | 8 | 12 | $13.92 | $1.16 |
| Toasted Corn | 8 | 12 | $12.64 | $1.05 |
| Toasted Corn BBQ | 8 | 12 | $13.44 | $1.12 |
| Toasted Corn Ranch | 8 | 12 | $13.44 | $1.12 |
| Trail Mix Brazos | 8 | 12 | $12.64 | $1.05 |
| Trail Mix Cran-Slam | 8 | 12 | $15.92 | $1.33 |
| Trail Mix Desert Sunset | 8 | 12 | $18.80 | $1.57 |
| Trail Mix Festival | 8 | 12 | $15.20 | $1.27 |
| Trail Mix Foothills | 8 | 12 | $14.32 | $1.19 |
| Trail Mix Grand Canyon | 8 | 12 | $16.64 | $1.39 |
| Trail Mix Guadalajara | 8 | 12 | $15.68 | $1.31 |
| Trail Mix Harvest | 8 | 12 | $15.20 | $1.27 |
| Trail Mix Mountain Meadow | 8 | 12 | $14.72 | $1.23 |
| Trail Mix Nutty Raisins | 8 | 12 | $16.32 | $1.36 |
| Trail Mix Old Pueblo | 8 | 12 | $18.56 | $1.55 |
| Trail Mix Oriental | 8 | 12 | $11.68 | $0.97 |
| Trail Mix Outdoorsman | 8 | 12 | $18.48 | $1.54 |
| Trail Mix Painted Desert | 8 | 12 | $11.68 | $0.97 |
| Trail Mix Raw | 8 | 12 | $16.88 | $1.41 |
| Trail Mix Raw Nut | 8 | 12 | $25.28 | $2.11 |
| Trail Mix Rice Cracker & Nut | 8 | 12 | $14.16 | $1.18 |
| Trail Mix Rice Cracker(Party) | 8 | 12 | $11.76 | $0.98 |
| Trail Mix Spicy Hot | 8 | 12 | $12.72 | $1.06 |
| Trail Mix Spicy Tx | 8 | 12 | $11.44 | $0.95 |
| Wasabi Peas | 8 | 12 | $14.24 | $1.19 |
| Golden Caramel Nuggets | 13 | 12 | $22.20 | $1.85 |
| Churro Nuggets | 10 | 24 | $ 39.36 | $ 1.64 |
| Kettle Corn | 2 | 24 | $ 14.88 | $ 0.62 |